**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. 4:23-cv-00022-BRW

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 06 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☑ Yes ☐ No
(Check One)
*if not settled out of court*

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: *Cody S. Howard*
ADC # _____

Address: *3201 W. Roosevelt Rd*

Name of plaintiff: _____
ADC # _____

Address: _____
This case assigned to District Judge *Wilson*
and to Magistrate Judge *Harris*

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: *Keefe Company*

Position: *Commissary Provider*

Place of employment: *Pulaski County + St Louis*

Address: *3201 W. Roosevelt Rd, Little Rock AR 72204*
*St. Louis Address I don't know.*

Name of defendant: *Pulaski County Commissary Personnals*

Position: *Commissary Provider*

-4-

Place of employment: _Pulaski County_____

Address: _3201 W. Roosevelt Rd Little Rock AR 72204_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.   Place of present confinement: _____

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

__✓__ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__   No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____   No ✓

If not, why? Because they Do Not Have A Appeal Process

VII. Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Around and Between November & March of 2021 last year My Mother Order Over $300.00 worth of ICares from Pulaski. 1 Care Package and I have Never Received them or My Refund. This/These Order's was Made but paid for with My Debit Card/Direct Express Card. I have wrote the Commissary People & my mother has also called them as well, as the Company that provide the Commissary to the Pulaski County facility but Nothing has been Done NO Refund or NO Items bought to Me. This has been Almost A whole Year Ago!!!... A violation of my Constitution & Civil Right's as well as my "Sixth" "8th" Amendment!

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

I would like My Items & Something for My Pain & Suffering.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this **21** day of **December**, 20**22**.

_____
Signature(s) of plaintiff(s)

- 8 -

LOLITA JOHNSON
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires November 08, 2026
Commission No. 12706153

Gary S. Howard #149C181
3201 W. Roosevelt Rd
Little Rock AR
72204



LITTLE ROCK AR
3 JAN 2023 PM

US POSTAGE
$01.05
First-Class
Mailed From 72204
01/03/2023
032A 0061864891

United States District Court
600 West Capitol Ave Suite A 149
Little Rock AR
72201