IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**CODY S. HOWARD**                                                                                      **PLAINTIFF**

**VS.**                                             **4:23-CV-00022-BRW**

**KEEFE COMPANY,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED, without prejudice.

Dismissal of this case constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). I certify that an *in forma pauperis* appeal from this order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 16th day of February, 2023.


    Billy Roy Wilson
UNITED STATES DISTRICT JUDGE